

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　PLAINTIFF<br>　　　　　v.<br>BRYANT RIVERA,<br><br>　　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>2:23-MJ-03275-DUTY<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

　　Upon motion of <u>the Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Monday, July 10</u>, <u>2023</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>580</u>.

　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or <u>n/a</u> and produced for the hearing.
　　　　　　　*(Other custodial officer)*

Dated: <u>July 6, 2023</u>　　　　　　　　　　　　　　　/s/ Karen L. Stevenson
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. ~~District Judge~~/Magistrate Judge