# EXHIBIT A

Case 2:23-mj-03275-DUTY   Document 14-1   Filed 07/10/23   Page 1 of 3   Page ID #:59

Dear Judge,

My name is Patrisia Rivera, and I am the sister of Bryant Rivera. I cannot express how much the accusations against my brother have affected our family. The crimes of which my brother is being accused of do not resemble the character of the boy I grew up with and know, so if you'll allow me, I'd like to share what I know about the man you have in custody today.

As previously mentioned, Bryant is my brother, my little brother, and was also my best friend from childhood and into our early adult lives. My brother and I have a different personality, I have always been more social while he has always been shy and reserved. Even though we were different, we always got along, Bryant was always goofy, energetic, active, and happy at home.

My parents separated around 2005, I was 15 and Bryant was 12 yrs. old at the time, being the oldest, I made the decision to stay with my dad because my mother was moving to Nevada and didn't have a plan for her life. As close as Bryant was to me, he decided to follow my lead and stay with my father as well. My father was a heavy drinker, so I had to mature early to assume the role of caring for my brother and myself when my mother was gone. I know that we both needed our mother, but as long as we had each other, we were going to be okay. Our father tried his best, at least with being a provider to us, but his vices and his work kept him from us for long periods of time, I'd take my brother almost everywhere I went. My brother still had his old friends from elementary school through high school, so he'd sometimes go to his friend's house, or they'd come to over. When my brother started spending time with friends, it was all healthy fun, he never acquired bad habits, he hated alcohol because of our dad's drinking problem, he said he would never drink in his life.

My brother's friends and video games kept him busy, and eventually he got into exercising. Exercising helped my brother get out more and he started making new friends at the gym and at work. Even though my brother had a job, his ambition was not to work for someone all his life, he was creative and wanted to work in tech.

In 2012, my mother came back to live with us, she had become Diabetic and after living with our half-brother for 7 years, she needed my dad, and he accepted her back in our home no strings attached. My father himself was starting to struggle more and more with his Diabetes and vision, he had been on meds for years and had a bad diet, he eventually lost his sight and with that, he was forced to retire. Bryant and I contributed financially as best we could, while our mother took care of the home (cooking, cleaning, giving our dad his meds, etc.). After I moved out to live with my husband, all the responsibility of taking my parents to their doctor appointments, grocery shopping, running errands, etc., fell onto my brother. He became the eyes for both of our parents because my father is blind and my mother is illiterate, any medical documents or forms that needed to be read or completed, my brother handled. When my dad's kidney's collapsed and the water retention was asphyxiating my dad's heart, my brother had to act fast and get him to the hospital to save his life. My father also had a heart surgery soon after

because his arteries were completely blocked, he was put in hospice for several months and was in dialysis until recently. Bryant also provides financial support for our parents, without him, they will no longer be able to afford housing.

As parents age without a plan, they become like children, a burden that no son should have to carry on his shoulders, but Bryant did all that he could to take care of their needs and support them. I am thankful that Bryant has been taking care of our parents for years. I have a family of my own now to prioritize, including 2 children who are in elementary school. I don't know what I would do if Bryant is not around to care for our parents.

Thank you for taking the time to read this letter.

Sincerely,

Patrisia Rivera