E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721
     Facsimile: (213) 894-0141
     E-mail:    John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>BRYANT RIVERA,<br>  aka "Eduardo,"<br><br>A Fugitive from the Government of the United Mexican States. | No. 2:23-mj-03275<br><br>STIPULATION TO (1) SCHEDULE THE EXTRADITION HEARING AND BRIEFING, (2) ALLOW THE FILING OF OVER LENGTH BRIEFS, (3) ALLOW THE UNITED STATES TO FILE A REDACTED VERSION OF THE EXTRADITION REQUEST ELECTRONICALLY; AND (4) TAKE THE STATUS CONFERENCE OFF CALENDAR; [Proposed] ORDER |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney and Assistant United States Attorney John J. Lulejian, and relator BRYANT RIVERA, also known as "Eduardo," by and through his counsel of record, Deputy Federal Public Defender J. Alejandro Barrientos, respectfully request this Court to schedule the extradition hearing for February 11, 2023, at 11:00 a.m. The parties further request this Court to set the briefing schedule as follows:

1. The United States must lodge <u>under seal</u> the original Request for Extradition, bearing ribbons and seals, and file a redacted version of that document on or before <u>September 28, 2023</u>;

2. The United States must file its Memorandum in Support of the Request for Extradition on or before <u>October 19, 2023</u>;

3. Relator must file his Opposition to the Request for Extradition on or before <u>December 21, 2023</u>; and

4. The United States must file its Reply Memorandum in Support of the Extradition Request on or before <u>January 25, 2024</u>.

5. The parties also respectfully request that the Court, pursuant to Local Rule 11-6, grant them leave to file over-length memoranda, not to exceed 10,000 words, in support of or in opposition to the Extradition Request.

6. The parties further respectfully request that the Court grant the United States leave to file a redacted version of the Extradition Request to CM/ECF without first having to comply with the requirements of Local Rule 79-5.2.2.

7. The parties also respectfully request that the Court take the Status Conference scheduled for September 20, 2023, at 11:00 a.m. off calendar.

8. The parties have met and conferred and believe that the proposed dates will allow for the prompt resolution of this extradition matter. Further, they recognize that given the size of the Extradition Request and the nature of the crimes alleged by Mexico in that request, a thorough briefing of the issues before the Court will require them to file briefs in excess of 7,000 words, as required by Local Rule 11.6-1. Finally, the parties have discussed redactions to the Extradition Request and agree that personal

identifying information and the graphic photographs of the evidence must be redacted.  The parties further agree that allowing the United States to file the Redacted Extradition Request directly to CM/ECF, without first having to comply with the procedures set forth in Local Rule 79-5.2.2, will make the lengthy document available to the public quickly and avoid taxing the limited resources of the Court.

IT IS SO STIPULATED.

September 19, 2023  
Date

*/s/ John J. Lulejian*  
JOHN J. LULEJIAN  
Assistant United States Attorney  
Attorney for Plaintiff  
UNITED STATES OF AMERICA

September 19, 2023  
Date

*/s/ J. Alejandro Barrientos*  
*(authorized by telephone)*  
J. ALEJANDRO BARRIENTOS  
Deputy Federal Public Defender  
Attorney for Relator  
BRYANT RIVERA